# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRIGGS ROAD, L.P., *et al.*, | No. 4:17-CV-00214 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| SELECTIVE WAY INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

## ORDER

**FEBRUARY 21, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Summary Judgment, ECF No. 33, is **GRANTED**, and Defendant's Motion for Summary Judgment, ECF No. 35, is **DENIED**.

2. After the issue of damages on Count II of Plaintiff's Complaint, ECF No. 1-1, is resolved, the Clerk of Court is directed to enter judgment in favor of Plaintiffs on Count I of the complaint as well as on Defendant's Counterclaim, ECF No. 9.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge